In the Fourteenth Court of Appeals

Houston, Texas

FILED IN
14th COURT OF APPEALS

SEP 0 4 2015

CHRISTOPHER A. PRINE
CLERK

Adriene Sibley
*Appellant*

v.                                        Cause No. 14-15-00718-CV

Seminole Pipeline Co., LLC
Enterprise Products Operating, LLC
First Call Field Service Corp.
TDW Services, Inc.
*Appellees*

## CORRECTION OF PARTIES

Adriene Sibley request that the parties to the appeal be corrected to add Enterprise Products Operating, LLC, First Call Field Service Corp. and TDW Services as appellees. These appellees are parties to the judgment and case CI50979.

Attached is a copy of the first page of the case summary that shows the appellees as parties to the case. *Exhibit A*

Respectfully submitted

Adriene Sibley
4808 Fairmont Pkwy
Pasadena, Texas 77505
sibleyadriene@yahoo.com
832-420-2071

Certificate of Service

I copy of the foregoing Correction of Parties has been served on the following parties via certified mail on September 4, 2015.

Seminole Pipeline Co., LLC
Enterprise Products Operating
James Freeman
1135 Heights Blvd
Houston, Texas 77008

First Call Field Service Corp.
Cynthia Fronterhouse
8588 Katy Freeway #225
Houston, Texas 77024

TDW Service, INc.
Marquel Sautural
700 Louisiana #400
Houston, Texas77002

_____
Adriene Sibley



| Seminole Pipeline Company LLC vs. Adriene Sibley a/k/a Adriene Gail Lewis et al | § § § § | Location: **County Court at Law #3** Judicial Officer: **Warren, Jeremy** Filed on: **02/06/2014** |
| --- | --- | --- |

## CASE INFORMATION

**Statistical Closures**
05/26/2015  Final Judgment After Non-Jury Trial (OCA)

Case Type: **Condemnation**

Case Flags: **Jury Fee Paid**
**Money in Court Registry**

| DATE | CASE ASSIGNMENT |
| --- | --- |

**Current Case Assignment**

| | |
| --- | --- |
| Case Number | CI50979 |
| Court | County Court at Law #3 |
| Date Assigned | 02/06/2014 |
| Judicial Officer | Warren, Jeremy |

## PARTY INFORMATION

| | | Lead Attorneys |
| --- | --- | --- |
| Plaintiff | Seminole Pipeline Company LLC | **Freeman, James A.** *Retained* 713-802-9117(W) |
| Defendant | **Lewis, Donyll Dwayne** | |
| | **Lewis, Dushay Demitric** | |
| | **Lewis, Johnel** | |
| | **Lewis, LaMont DeShaun** | |
| | **Rossow Sr, Reginald Timothy** | |
| | **Rossow, Winston James** | |
| | **Sibley, Adriene** | |
| Counter Defendant | Seminole Pipeline Company LLC | **Freeman, James A.** *Retained* 713-802-9117(W) |
| Counter Plaintiff | Sibley, Adriene | |
| Third Party Defendant | **Enterprise Products Operating, LLC** | **Freeman, James A.** *Retained* 713-802-9117(W) |
| | **First Call Field Service Corp.** | **Fronterhouse, Cynthia Nimmons** *Retained* 713-467-1760(W) |
| | **TDW Services Inc** | **SAUTURAL, MARQUEL R** *Retained* 713-228-6601(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
| --- | --- | --- |
| 02/06/2014 | Original Petition (OCA) *and Request for Injunctive and Other Relief* | |

Exhibit A